*James A. Delehanty* for appellants.

*John Godfrey Saxe* and *Henry J. Kennedy* for Trustees of Columbia University, respondent.

*Cloyd Laporte, Carl E. Heilman* and *H. Woodward McDowell* for New York State Bar Association and others, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of EMIL HUBSCH POST No. 596, VETERANS OF FOREIGN WARS OF THE U. S. A., Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.

Argued October 16, 1951; decided December 6, 1951.

*Kenneth C. Schwartz* for appellant.

*Samuel M. Birnbaum* for American Legion, Department of New York, *amicus curiæ,* in support of appellant's position.

*Edward Papantonio* for Department of New York, Inc., Veterans of Foreign Wars of the United States, *amicus curiæ,* in support of appellant's position.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

JOSEPH P. McQUADE et al., Appellants, *v.* IRVING MAIDMAN et al., Respondents, et al., Defendants.

Argued October 19, 1951; decided December 6, 1951.